_Woodrow   Hendrix  Sr T311993_
Name and Prisoner/Booking Number

Durango Jail
Place of Confinement

3250 W. Lower Buckeye Road      / _3405 S 91 DRIVE_
Mailing Address

Phoenix, AZ  85009      / _TOLLASON - AZ.  85353_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
RECEIVED ___ COPY

OCT 2 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Woodrow   Hendrix   Sr_ ,
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) _DURANGO JAIL_ ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. ___CV-18-03496-PHX-DLR-MHB___

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971).
   ☐ Other: _____ .

2. Institution/city where violation occurred: _Durango Jail_ .

Revised 3/11/16                    1                    **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Durango Jail_ .  The first Defendant is employed

as: _____ at _____ .

          (Position and Title)                                 (Institution)

2.  Name of second Defendant: _____ .  The second Defendant is employed as:

as: _____ at _____ .

          (Position and Title)                                 (Institution)

3.  Name of third Defendant: _____ .  The third Defendant is employed

as: _____ at _____ .

          (Position and Title)                                 (Institution)

4.  Name of fourth Defendant: _____ .  The fourth Defendant is employed

as: _____ at _____ .

          (Position and Title)                                 (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____ .

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____ .

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D.   CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: being detained in a facility with mold and asbestos.

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

   I was detained at a facility which was durango
   Jail, that had mold and esbestos which was harmful
   to my health. I now have breathing complications
   that I never had before. The doctor has prescribed
   me an inhaler that I need daily for shortness
   of breath

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

   My breathing has been compromised by the
   toxins that was in the air

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: *my right to have the proper medical attention. Environment was not safe.*

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

    ☐ Basic necessities            ☐ Mail                    ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property                ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer ☒ Threat to safety        ☒ Other: *threat to health* .

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count II?                ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?       ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
  ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
  ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
  ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?   ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking: I am seeking medical restitution for this incident.
I am also seeking financial restitution

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-25-18
              DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may
attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.